UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CONESTOGA TITLE INSURANCE CO., ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:06-cv-1636-RLY-WTL |
| ) | |
| ACOUSTIC HOME LOANS, LLC, ) | |
| Defendant. ) | |

# FINAL JUDGMENT

The court, having this day **GRANTED** Defendant's Motion to Dismiss and Compel Arbitration, now enters final judgment in its favor, and against the Plaintiff herein, Conestoga Title Insurance Company.

**SO ORDERED** this __5th__ day of April 2007.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

1

Electronic Copies to:

Matthew Thomas Albaugh
BAKER & DANIELS
matthew.albaugh@bakerd.com

James A Goodin Jr.
GOODIN ABERNATHY & MILLER
jgoodin@gamlawyers.com

Lia R. Lukaart
GOODIN ABERNATHY & MILLER
llukaart@gamlawyers.com

Elizabeth J. Wysong
GOODIN ABERNATHY & MILLER
ewysong@gamlawyers.com